# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00660-CR

**The State of Texas, Appellant**

**v.**

**Joshua Humen, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 5 OF TRAVIS COUNTY
### NO. 731,956, HONORABLE CLAUDE D. DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State's motion to dismiss this appeal is granted.  *See* Tex. R. App. P. 42.2(a).

The appeal is dismissed.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on State's Motion

Filed:   December 14, 2006

Do Not Publish